# Exhibit A



**JOHNSON LEGAL PLLC**

12545 White Drive • Fairfax, Virginia 22030
Tel: 202-445-2000 • Fax: 888-492-1303
lance@lgjlegal.com

December 12, 2024

Lance G. Johnson
*Owner*

**VIA EXPRESS MAIL**
LY Berditchev Co.
Attn: Asher Lax, President and CEO
95 High St.
Passaic NJ, 07055 USA

Re:    Claims by Front Row Group Against LYB

Dear Sir:

The purpose of this letter is to notify you of claims by Front Row Group ("Front Row") against your company for, inter alia: (a) false advertising under 15 U.S.C. § 1125(a)(1)(B); (b) tortious interference with the contracts between Front Row and the owners of a number of brands Klaire Labs, Inc. (KLAIRE LABS), Manic Panic N.Y.C., Inc. (MANIC PANIC), Pettenon Cosmetics S.p.a. S.B. (FANOLA), Stable Step LLC (POWERSTEP), and Loma Licenciamento De Marcas Ltda. (TRUSS); and (c) unfair competition under New York law.

**Please let me have your assurances by December 18, 2024 that your company will stop selling the above branded products in any online marketplaces, e.g., <amazon.com>.**

Amazon's condition guidelines policies state that a "new" product comes with the manufacturer's warranty/guarantee. The products of the above brands that you sell are not authorized by the brand. Only authorized sellers are entitled to the warranty provisions by each of these brands.

The products sold by Front Row, as an authorized and the exclusive seller of each brand on Amazon, carries the manufacturer's full warranty. Your company is not an authorized seller and cannot properly make that same representation yet your listings do not mention this fact despite listing the product as "new." This representation is literally false and is likely to confuse or mislead prospective customers as to a material characteristic of the products you sell. This constitutes false advertising under 15 U.S.C. § 1125(a)(1)(B) and takes away customers who want the full manufacturer's warranty, such as those offered by Front Row.

Front Row has a contract with each of the above brand owners that make Front Row the "sole and exclusive authorized Distributor" of its products on, inter alia, <amazon.com> ("Amazon"). Agreement provisions with its other distributors are designed to ensure that Front Row remains the exclusive seller of its products on Amazon.

By mechanisms unknown to Front Row, your company has been able to acquire adequate and continuing amounts of branded inventory to sell on Amazon. Your company's sales have caused

www.lgjlegal.com

Asher Lax
December 12, 2024
Page 2

each of the brands Front Row represents to breach its exclusivity promises found in the exclusive distribution agreements with Front Row and adversely affected Front Row's relationship with the brand companies.

You should consider this letter as formal notification of the existence of those exclusive distribution agreements and your company's interference of same. Front Row demands that you stop all sales activities with the above-named brand products now that you are aware of the contracts and Front Row's exclusivity provisions.

Unfair competition under NY law considers consumer confusion (such as discussed above) and any elements of bad faith or misconduct by the defendant, e.g., any deception practiced by LYB in the process of acquiring any of the above branded products under circumstances causing that distributor to breach the resale restrictions in its distribution agreement with the brand, leading to damage to the privileges Front Row should have as a result of its exclusivity agreements. We are already aware of such acts taken in connection with the acquisition of POWERSTEP insoles that were then resold on Amazon. If we cannot come to agreement, we intend to pursue further inquiries into LYB's other sourcing activities.

Sincerely,

Lance G. Johnson