# Exhibit B



**JOHNSON LEGAL PLLC**

12545 White Drive • Fairfax, Virginia 22030
Tel: 202-445-2000 • Fax: 888-492-1303
lance@lgjlegal.com

January 30, 2025

*Lance G. Johnson*
*Owner*

**VIA PRIORITY MAIL**
LY Berditchev Co.
Attn: Asher Lax, President and CEO
95 High St.
Passaic NJ, 07055 USA

Re:   Claims by Front Row Group Against LYB

Dear Sir:

Further to my letter of December 12, 2024, I have not received your assurances that your company will stop the unauthorized sales of products from Prothera Inc. d/b/a SFI USA (KLAIRE LABS), Manic Panic N.Y.C., Inc. (MANIC PANIC), Pettenon Cosmetics S.p.a. S.B. (FANOLA), Stable Step LLC (POWERSTEP), and Loma Licenciamento De Marcas Ltda. (TRUSS).

Each of the above brands have distribution agreements in place with their respective distributors that prevent those distributors from selling to unauthorized companies, selling on Amazon, or selling to an unauthorized company for resale on Amazon.

An exemplary clause applicable to distributors of KLAIR LABS products reads:

> Internet Resale Prohibited. [Distributor] shall not advertise, list, offer for sale, sell or distribute any Product via the Internet, except with SFI's prior written approval. Without limiting the generality of the foregoing, [Distributor] shall not sell Product via any third-party websites, mobile applications, or online marketplaces including Amazon.com and Ebay.com. [Distributor] shall not advertise using banner/pop-up advertisements, or using sponsored searches (e.g., Google AdWords, Yahoo! or Bing Search Marketing) without SFI's prior written approval. For the avoidance of doubt, nothing in this paragraph shall prevent [Distributor] from selling: (i) Product through Wellevate, Fullscript, NP Script, Kaerwell, Doctor's Supplement Store or any other approved online dispensary in accordance with this Agreement; or (ii) any private-labeled Products provided by SFI which are not branded with SFI intellectual property, including but not limited to "Klaire", "Klaire Labs" or any other SFI logo or brand.
>
> **Reseller/Distributor Resale Prohibited. [Distributor] shall not sell Product to anyone who [Distributor] suspects, knows, or reasonably should know, intends to re-sell or redistribute the Product.** [Distributor] shall only sell the

www.lgjlegal.com

Asher Lax
January 30, 2025
Page 2

> Product in bona fide retail transactions with patients under [Distributor]'s care. **Without limiting the generality of the foregoing, distribution of Product for resale is strictly prohibited.**

Similarly, the MANIC PANIC distribution reads:

> 4. Manner of Sale. Customer shall sell the Products only as set forth herein. Sales in violation of these Terms are strictly prohibited and may result in T&S's immediate termination of Customer's account, in addition to all other remedies available to T&S under applicable law or in equity. Furthermore, to the extent permitted by applicable law, **Products sold by Customer to unauthorized persons or through unauthorized channels, including unauthorized websites, or in violation of these Terms or applicable law, shall not be eligible for any applicable promotions, services, or other benefits, including, coverage under any applicable Product warranties or other guarantees**, except to the extent required by applicable law.

> 4.1 Customer shall sell Products solely to Approved Retailers (as defined herein) and salons authorized to use and engage in the sale of the Products. **Customer shall not sell Products to any third-party entity or person for subsequent resale online, including without limitation Amazon.com** and/or any third-party marketplaces, such as eBay, Jet, Rakuten, Walmart Marketplace, or Sears Marketplace (all collectively, the "Prohibited Online Marketplaces"). For purposes of these Terms, "Approved Retailers" refers to entities engaged solely in the sale of the Products to end user consumers via physical store fronts or through websites owned or operated by that retailer, provided however, that such websites identify the retailer's full legal name, mailing address, telephone number and email address; and further, for clarity, Approved Retailers are not permitted to sell the Products on or through any Prohibited Online Marketplaces without the prior written consent of T&S, which is granted solely through execution by T&S of an Authorized Customer Terms & Conditions Agreement.

You should consider this letter as formal notification of the existence of the distribution agreement terms between each of the above brands and their respective authorized distributors, the terms of the exclusive agreement in place between each of the above brands and my client, and your company's interference with each as well as with the prospective business opportunities each represented for my client.

**Please let me have your assurances by February 7, 2025 that your company will stop selling the above branded products in any online marketplaces, e.g., <amazon.com>.**

Sincerely,

Lance G. Johnson