AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| FRONT ROW GROUP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-01307-AS |
| LY BERDITCHEV CORP. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant LY BERDITCHEV CORP.                                                      .

Date:    04/09/2025

S/Benjamin Charkow
*Attorney's signature*

Benjamin Charkow (BC4455)
*Printed name and bar number*

MASCHOFF BRENNAN
15 W. 26th Street, 7th Floor
New York, NY 10010

*Address*

bcharkow@mabr.com
*E-mail address*

(212) 529-3347
*Telephone number*

(435) 252-1361
*FAX number*