### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONT ROW GROUP ] | |
| ] | |
| Plaintiff ] | |
| ] | Case No. 1:25-CV-01307-AS |
| v. ] | |
| ] | **MOTION FOR ADMISSION OF** |
| LY BERDITCHEV ] | **LANCE G. JOHNSON** |
| ] | ***PRO HAC VICE*** |
| ] | |
| Defendant. ] | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, the undersigned hereby moves this Court for an Order for admission allowing Lance G. Johnson to appear and practice *Pro Hac Vice* as counsel for plaintiff, Front Row Group, in the above-captioned action.

Mr. Johnson is known to me to be in good standing of the highest courts of Virginia and the District of Columbia. There are no pending disciplinary proceedings against him in any state or federal court. He has never been convicted of a felony. He has never been censured, suspended, disbarred or denied admission or readmission by any court. Attached is his affidavit pursuant to Local Rule 1.3.

Dated:    April 14, 2025        Respectfully Submitted,

/s/ Seema Rambaran
Seema Rambaran (Id. No. 5778204)
SAUL EWING LLP
1270 Avenue of the Americas
New York, NY 10020
212-980-7237
Seema.rambaran@saul.com
*Attorneys for Plaintiff Front Row Group*

## Certificate of Service

I hereby certify that on April 14, 2025 , the foregoing Motion for Admission Pro Hac Vice of Lance G. Johnson was filed through the ECF system which sent electronic notification to all counsel of record for the captioned matter.

/s/ *Seema Rambaran*
Seema Rambaran, Esq.