

Seema Rambaran

Phone:  (212) 980-7237

seema.rambaran@saul.com

May 18, 2026

Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Front Row Group v. LY Berditchev Corp., Case No. 1:25-cv-01307(AS)**

Dear Judge Subramanian:

Saul Ewing LLP represents Dare to be Grah LLC dba Front Row Group, Beauty Pro Distributors LLC, and FB Select LLC ("Plaintiffs") in this action against LY Berditchev Corp., ("Defendant"). Pursuant to the Civil Case Management Plan and Scheduling Order, entered on January 30, 2026, expert disclosures under Federal Rule of Civil Procedure 26(a)(2) are currently due today, May 18, 2026. We write to request that this deadline be adjourned *sine die.*

The basis for this request is the recent and unexpected passing of Lance Johnson, Esq., lead counsel for Plaintiffs in this matter. His death has interrupted coordination with retained experts and the preparation of their disclosures. Given the circumstances, Plaintiffs are not presently in a position to propose a firm date by which the disclosures can be completed. We respectfully propose that the parties submit a joint status letter within 45 days proposing a revised expert disclosure schedule and addressing any consequent adjustments to the case management schedule.

Pursuant to Your Honor's Individual Practices, we note this is the first request for an extension of this deadline. Counsel for Defendant consents to this request.

We thank the Court for its consideration and are available to provide any additional information or clarification that the court may require.

Respectfully submitted,

/s/ Seema Rambaran
Seema Rambaran, Esq.

1270 Avenue of the Americas, Suite 2800 ◆ New York, NY 10020 ◆ Phone: (212) 980-7200 ◆ Fax: (212) 980-7292

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

57903824.1