

Seema Rambaran

Phone: (212) 980-7237

seema.rambaran@saul.com





July 6, 2026

Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

### Re: <u>Front Row Group v. LY Berditchev Corp., Case No. 1:25-cv-01307(AS)</u>

Dear Judge Subramanian:

Saul Ewing LLP represents Dare to be Grah LLC dba Front Row Group, Beauty Pro Distributors LLC, and FB Select LLC ("Plaintiffs") in this action against LY Berditchev Corp., ("Defendant"). The parties respectfully submit this joint status letter pursuant to the Court's Orders, entered on May 19, 2026 (ECF Nos. 59 and 60) to apprise the Court of the current status of this matter and to jointly request a further extension of time.

As the Court is aware, Plaintiffs' former lead counsel, Lance Johnson, passed away in May 2026. Since that time, Plaintiffs have been diligently working to retain new lead counsel to take over the litigation of this matter. Plaintiffs anticipate being in a position to secure new lead counsel within the next thirty (30) days.

In light of the foregoing, the parties respectfully request an additional extension of time of forty-five (45) days to allow Plaintiffs to retain new lead counsel and for the parties to propose to the Court an updated Case Management Plan. This is the parties' second such request, and no party will be prejudiced by the requested extension.

We thank the Court for its consideration and are available to provide any additional information or clarification that the Court may require.

Respectfully submitted,

/s/ Seema Rambaran
Seema Rambaran, Esq.