K&L GATES

Thomas A. Warns, Esq.
Tom.Warns@klgates.com

T (212) 536-4009

August 20, 2026

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Front Row Group v. LY Berditchev Corp., No. 1:25-cv-01307 (AS)*

Dear Judge Subramanian:

The parties respectfully submit this joint letter motion to propose a schedule for completing service, coordinating motion practice, and submitting an updated case management plan in accordance with the Court's Order (ECF 62).

As the Court is aware, Plaintiffs' former lead counsel, Lance Johnson, passed away in May 2026. The Court thereafter stayed all deadlines. At the time of Mr. Johnson's passing, Defendant LY Berditchev Corp. had recently filed counterclaims and a third-party complaint naming three third-party defendants. Those third-party defendants have not yet been served. In response, Plaintiffs filed a motion to dismiss the counterclaims, but Defendant's deadline to oppose that motion was stayed.

The parties have met and conferred and respectfully propose the following schedule: Defendant shall serve all third-party defendants by October 5, 2026, after the completion of the fall Jewish holidays; all parties shall respond to the newly filed claims by October 26, 2026; and Defendant's deadline to oppose the pending motion to dismiss shall remain stayed during that period. Once the third-party defendants have appeared, the parties will confer regarding coordinated briefing, including whether any dismissal motions should be presented on an omnibus basis rather than through piecemeal motion practice. The parties will then promptly submit an updated case management plan.

The parties respectfully submit that this sequence is the most efficient and cost-effective way to proceed. Requiring a case management plan before all named parties have been served would likely result in duplicative proceedings and later revisions. The proposed schedule will permit all parties to appear, coordinate any threshold motion practice, and propose a case management plan that addresses the case as a whole.

Accordingly, the parties respectfully request that the Court approve the proposed schedule.

We thank the Court for its consideration.

Respectfully submitted,

/s/ Thomas A. Warns
Thomas A Warns, Esq.

*Counsel for Plaintiffs*
*Dare to be Grah LLC*
*d/b/a Front Row Group,*
*Beauty Pro Distributors LLC*
*and FB Select LLC*

/s/ Bejamin Charkow
Benjamin Charkow, Esq.

*Counsel for LY Berditchev Corp.*

The requested underlined relief is GRANTED. And the parties should submit an updated proposed case management plan within seven days of the date on which all third party defendants have appeared.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 64.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 20, 2026