K&L GATES

Morgan T. Nickerson
morgan.nickerson@klgates.com
T 617 261 3134
F 617 261 3175

The parties' proposed briefing schedule is adopted. Any motion to dismiss shall be filed on or before November 20, 2026; opposition on or before December 22, 2026; and reply on or before January 15, 2027. The parties are ordered to submit a new proposed case management plan within fourteen days of the Court's ruling on the motion to dismiss.

Pursuant to plaintiffs' withdrawal of their motion to dismiss LYB's counterclaims, ECF No. 54, the motion is denied without prejudice.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 54.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 23, 2026

October 22, 2026

**By ECF**

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Front Row Group v. LY Berditchev Corp.,***
**USDC SDNY Case No. 1:25-cv-01307 (AS)**

Dear Judge Subramanian:

All Parties respectfully submit this joint letter to update the Court on the status of service and to propose a briefing schedule for a renewed motion to dismiss Defendant LY Berditchev Corp.'s ("LYB") counterclaims and third-party claims (ECF 42).

As the Court is aware, pursuant to the Court's order of August 20, 2026 (ECF 65), Defendant was directed to serve all third-party defendants by October 5, 2026. Defendant has now completed service on all three third-party defendants: Prothera Inc. d/b/a Klaire Labs, Stable Step LLC, and Remington Products Company d/b/a Foundation Wellness. Each of these parties has been served.

In light of the completion of service, Plaintiffs hereby withdraw, without prejudice, their pending motion to dismiss LYB's counterclaims, filed April 20, 2026 (ECF 54), in favor of coordinated briefing on the schedule proposed below. The Parties respectfully request that the Court terminate the motion pending at ECF 54.

The Parties have met and conferred and jointly propose the following briefing schedule for the renewed, coordinated motion to dismiss briefing:

Motion to dismiss: November 20, 2026;

Opposition: December 22, 2026; and

Reply: January 15, 2027.

The Parties further note that third-party defendants Prothera Inc., Stable Step LLC, and Remington Products Company are new to this action. If their anticipated motions to dismiss are not granted, these three parties will need to take discovery and may need to assert claims against LYB. Fact discovery in this action, however, closed under the Court's prior case management order (ECF 35), before these three parties were served and without any opportunity for them to participate.

Accordingly, the Parties respectfully request that the Court (1) approve the proposed briefing schedule set forth above; and (2) order the Parties to submit a new proposed case management plan within fourteen (14) days of the Court's ruling on the motion to dismiss.

We thank the Court for its consideration.

Respectfully submitted,

/s/ Morgan T. Nickerson
Morgan T. Nickerson, Esq.
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, MA 02114
(617) 261-3134
morgan.nickerson@klgates.com

*Counsel for Plaintiffs Front Row Group, Dare to be Grah LLC d/b/a Front Row Group, Beauty Pro Distributors LLC, and FB Select LLC*

/s/ Benjamin Charkow
Benjamin Charkow, Esq.
Maschoff Brennan
15 West 26th Street, 7th Floor
New York, NY 10010
(212) 529-5131
bcharkow@mabr.com

*Counsel for Defendant/Counterclaim-Plaintiff LY Berditchev Corp.*

/s/ Morgan T. Nickerson
Morgan T. Nickerson, Esq.
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, MA 02114
(617) 261-3134
morgan.nickerson@klgates.com

*Counsel for Third-Party Defendant Prothera Inc. d/b/a Klaire Labs*

/s/ Gregg A. Paradise
Gregg A. Paradise
Lerner David LLP
20 Commerce Drive
Cranford, NJ 07106
(908) 518-6323

gparadise@lernerdavid.com

*Counsel for Third-Party Defendant Stable Step LLC*

*/s/ Gregg A. Paradise*
Gregg A. Paradise
Lerner David LLP
20 Commerce Drive
Cranford, NJ 07106
(908) 518-6323
gparadise@lernerdavid.com

*Counsel for Third-Party Defendant Remington Products Company d/b/a Foundation Wellness*